B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF TEXAS

In re  THOMAS WALTER HEGE  ,                     Case No.  10-10175

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | American General Finance |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Court Claim # (if known):  11
Amount of Claim:  7860.15
Date Claim Filed:  09/02/2010

Phone:  877-264-5884
Last Four Digits of Acct #:  3489

Phone:  877-264-5884
Last Four Digits of Acct. #:  7910

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Susan Gaines                         Date:  8/30/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

**BILL OF SALE AND ASSIGNMENT OF ACCOUNTS**

Springleaf Financial Services of Indiana, Inc., an Indiana corporation, Springleaf Financial Services of Wisconsin, Inc., a Wisconsin corporation and Springleaf Financial Services, Inc., a Delaware corporation (collectively referred to as "Seller"), all having their principal place of business at 601 NW Second Street, Evansville, Indiana 47708 hereby absolutely sells, transfers, assigns, sets-over and conveys to Sherman Originator III LLC, a limited liability company organized under the laws of Delaware with an office at 200 Meeting Street, Suite 206, Charleston, SC 29401, ("Purchaser") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Seller's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Schedule A (the "Accounts"), and on the data file titled **"Springleaf BK13_06072013."**

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Seller on or prior to March 31, 2013, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Purchase and Sale Agreement made and entered into by and between Seller and Purchaser dated June 3, 2013, (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Indiana without regard to the conflicts-of-laws rules thereof.

DATED: June 7, 2013

SELLER:

By: _____
Name: Jack R. Erkilla
Title: SVP and Deputy General Counsel

STATE OF INDIANA)
) ss.
COUNTY OF VANDERBURGH)

On this the 7 day of June, 2013, before me the undersigned officer, personally appeared Jack R. Erkilla, Springleaf Financial Services of Springleaf Financial Services of Springleaf Financial Services, Inc., Wisconsin, Inc., who acknowledged him/herself to be the SVP + DGC of Springleaf Financial Services of Indiana, Inc., signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said company.

IN WITNESS WHEREOF, I hereunto set my hand.

_Kelly A. Mercer_
Commissioner of the Superior Court    Notary Public
My Commission Expires:
May 10, 2015

## Transfer and Assignment

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, hereby transfers, sells, assigns, conveys, grants and delivers to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated March 31, 2013 delivered by Springleaf Financial Services of Indiana, Inc., Springleaf Financial Services of Wisconsin, Inc. and Springleaf Financial Services, Inc. on June 07, 2013 for purchase by SOLLC III on June 07, 2013. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, hereby transfers, sells, assigns, conveys, grants and delivers to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Dated: **June 07, 2013**

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____
Name: Jon Mazzoli
Title: Director

Dated: **June 07, 2013**

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____
Name: Kevin Branigan
Title: Authorized Representative

Dated: **June 07, 2013**

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____
Name: Rusty Kendall
Title: Authorized Representative

## Exhibit A

**Receivables File**
**06.07.13**

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 271281 | 20125 | N/A |

## EXHIBIT C

### WAIVER OF NOTICE OF TRANSFER OF CLAIM

Springleaf Financial Services of Indiana, Inc., an Indiana corporation, Springleaf Financial Services of Wisconsin, Inc., a Wisconsin corporation and Springleaf Financial Services, Inc., a Delaware corporation (collectively referred to as "Transferor"), all having their principal place of business at Evansville, Indiana, has sold and assigned certain claims to Sherman Originator III LLC ("Transferee"). Transferee is a limited liability company organized under the laws Delaware maintaining a place of business at 200 Meeting Street, Suite 206, Charleston, SC 29401. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the following name(s):

| | |
|---|---|
| AMERICAN GENERAL | SERVICE BUREAU OF INDIANA, INC. |
| AMERICAN GENERAL AUTO FINANCE | SPRINGLEAF AUTO FINANCE, INC. |
| AMERICAN GENERAL AUTO FINANCE, INC | SPRINGLEAF CONSUMER LOAN OF WEST VIRGINIA, INC |
| AMERICAN GENERAL AUTO FINANCE, INC. | SPRINGLEAF CONSUMER LOAN, INC |
| AMERICAN GENERAL AUTO FINANCE, INC. (TN CORP) | SPRINGLEAF FINANCIAL SERVICES |
| AMERICAN GENERAL CONSUMER DISCOUNT COMPANY | SPRINGLEAF FINANCIAL SERVICES OF ALABAMA, INC. |
| American General Finance | SPRINGLEAF FINANCIAL SERVICES OF AMERICA, INC |
| AMERICAN GENERAL FINANCE OF AMERICA, INC. | SPRINGLEAF FINANCIAL SERVICES OF AMERICA, INC. |
| AMERICAN GENERAL FINANCE, INC | SPRINGLEAF FINANCIAL SERVICES OF ARIZONA, INC. |
| American General Finance, Inc. | SPRINGLEAF FINANCIAL SERVICES OF FLORIDA, INC. |
| AMERICAN GENERAL FINANCE, INC. D/B/A | SPRINGLEAF FINANCIAL SERVICES OF FLORIDA, INC. DBA |
| American General Financial Center | SPRINGLEAF FINANCIAL SERVICES OF HAWAII, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES | SPRINGLEAF FINANCIAL SERVICES OF ILLINOIS, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES (DE), INC. | SPRINGLEAF FINANCIAL SERVICES OF INDIANA, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES NH, INC. | SPRINGLEAF FINANCIAL SERVICES OF LOUISIANA, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC. | SPRINGLEAF FINANCIAL SERVICES OF MASSACHUSETTS, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES OF AMERICA, INC. | SPRINGLEAF FINANCIAL SERVICES OF NEW HAMPSHIRE, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES OF FLORIDA, INC. | SPRINGLEAF FINANCIAL SERVICES OF NEW YORK, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES OF HAWAII, INC. | SPRINGLEAF FINANCIAL SERVICES OF NORTH CAROLINA, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES OF ILLINOIS, INC. | SPRINGLEAF FINANCIAL SERVICES OF OHIO, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES OF LOUISIANA, INC. | SPRINGLEAF FINANCIAL SERVICES OF PENNSYLVANIA, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES OF WISCONSIN, INC. | SPRINGLEAF FINANCIAL SERVICES OF SOUTH CAROLINA, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES, INC | SPRINGLEAF FINANCIAL SERVICES OF TEXAS, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES, INC. | SPRINGLEAF FINANCIAL SERVICES OF WASHINGTON, INC. |
| AMERICAN GENERAL FINANCIAL SERVICES, INC. (DE) | SPRINGLEAF FINANCIAL SERVICES OF WISCONSIN, INC. |
| AMERICAN GENERAL HOME EQUITY, INC. | SPRINGLEAF FINANCIAL SERVICES OF WYOMING, INC. |
| COMMOLOCO, INC. | SPRINGLEAF FINANCIAL SERVICES, INC. |
| COMMOLOCO, INC. D/B/A COMMOLOCO I MAS | SPRINGLEAF FINANCIAL SERVICES, INC. DBA |
| COMMOLOCO, INC. | SPRINGLEAF FUNDING, INC. |
| MOREQUITY, INC. | SPRINGLEAF HOME EQUITY, INC. |
| SECOND STREET FUNDING | STATE FINANCIAL SERVICES - SPRINGLEAF, INC. DBA |

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this 3 day of June, 2013.

SPRINGLEAF FINANCIAL SERVICES OF INDIANA, INC,
Transferor

By: _____
      [Name]
      [Title]

SPRINGLEAF FINANCIAL SERVICES OF WISCONSIN, INC,
Transferor

By: _____
      [Name]
      [Title]

SPRINGLEAF FINANCIAL SERVICES, INC,
Transferor

By: _____
      [Name]
      [Title]