Lee Gordon
MCCREARY, VESELKA, BRAGG, AND ALLEN, P.C.
P. O. Box 1269
Round Rock, TX 78680
512-323-3232

Attorneys for Taylor CAD

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN THE MATTER OF:            CASE NO. 10-10175

THOMAS WALTER HEGE

   DEBTOR                          CHAPTER 13

MOTION FOR DISMISSAL

TO THE HONORABLE BANKRUPTCY JUDGE:

NOW COMES Taylor CAD, hereinafter referred to as claimant, and files its Motion for Dismissal of Chapter 13 Case, and would show the Court as follows:

**A HEARING WILL BE HELD MAY 1, 2014 AT 11:00 AM AT THE FOLLOWING ADDRESS: VIDEO: US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604 A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT: US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604 AT 8:30 AM.**

**ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.**

1. The debtors filed for relief under Chapter 13 of the Bankruptcy Code on May 27, 2010, and as far as movant is aware the debtors are current on payments to the Chapter 13 Trustee.

2. Subsequent to the filing of this bankruptcy, the debtors have become delinquent on pre-petition and ad valorem taxes owed to Taylor CAD for the 2011-2013 tax years in the amount of $5,611.12 if paid in April 2014. No payments have been made toward these taxes by the debtor. See Attached Exhibit A.

3. To the best knowledge of claimant, debtors are still in possession of this property, but continue to be delinquent on these post-petition obligations.

4. WHEREFORE, claimant requests the Court to dismiss this case for cause pursuant to §1307(c) of the Bankruptcy Code, and further requests other and such relief as is just.

Dated: March 27, 2014

> Respectfully submitted,
> McCREARY, VESELKA, BRAGG & ALLEN, P.C.
> Attorneys for Claimant, Taylor CAD
> P. O. Box 1269
> Round Rock, Texas 78680
> (512) 323-3200
>
> /s/ Lee Gordon_____
> Lee Gordon
> State Bar Number 08212500

CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Motion to Dismiss to Thomas Walter Hege, 1425 Glenhaven, Abilene, TX 79603; Monty J. White, 402 Cypress, Ste. 310, Abilene, TX 79601; Walter O'Cheskey, Trustee, 6308 Iola Ave., Lubbock, TX 79424 by First Class U. S. Mail on March 27, 2014, and by Electronic Notification to all parties thereon.

> /s/ Lee Gordon_____
> Lee Gordon